STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2000

WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00244-01 SOM |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| v. ) | [8 U.S.C. § 1326] |
| ) | |
| ALEJANDRO GUZMAN,    (01),) | |
|   aka "Toluco,"    ) | |
|   aka "Eddy,"      ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

INFORMATION

The United States Attorney charges that:

On or about May 25, 2000, in the District of Hawaii, ALEJANDRO GUZMAN, aka "Toluco," aka "Eddy," an alien who had previously been deported and removed and departed the United States with an order of exclusion, deportation, or removal was outstanding, as a result of his conviction on July 12, 1999, for selling heroin, a violation of Colorado Revised Statutes 18-18-

405, an aggravated felony under Title 8, United States Code, Section 1101(a)(43), knowingly and unlawfully entered the United States, and was found in the United States at Honolulu, Hawaii, the said defendant having not obtained the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

    All in violation of Title 8, United States Code, Section 1326.

    DATED: _____Dec. 28, 2000_____, at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

_____
for LORETTA SHEEHAN
Assistant U.S. Attorney