COPY

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 9 2001

at 3 o'clock and 45 min. P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> ALEJANDRO GUZMAN,      (01),)<br>   a.k.a. "Ricardo Martinez- )<br>   Alcala,"                   )<br>                             )<br>          Defendant.         )<br>_____) | CR. NO. 00-00244-01 SOM<br><br>INFORMATION<br><br>[8 U.S.C. § 1326] |

## INFORMATION

The United States Attorney charges that:

On or about May 25, 2000, in the District of Hawaii, ALEJANDRO GUZMAN, a.k.a. "Ricardo Martinez-Alcala," who had previously been denied admission, excluded, deported and removed, was found in the United States having unlawfully re-entered the United States without the consent of the Attorney General of the United States for re-application by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

DATED: July 19, 2001, Honolulu, Hawaii.

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
THOMAS MUEHLECK
Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney